**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| MARK FULTZ,<br><br>      Plaintiff,<br><br> -versus-<br><br>RIVERVIEW HOSPITALITY, LLC,<br><br>      Defendant. | C/A NO.: 2:18-cv-1216-RMG<br><br>**STIPULATION OF DISMISSAL** |

 COMES NOW, the Plaintiff, with the consent of the Defendant, stipulates that all claims that were asserted or which could have been asserted in law or in equity between the parties arising out of matters in the Complaint are ended and dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The dismissal is *with prejudice* and each party shall bear their own attorney fees and costs.

 AND IT IS SO STIPULATED!

WE SO STIPULATE:

PLAINTIFF

*s/ Anthony J. Brady, Jr.*
Anthony J. Brady, Jr. (Fed ID # 7264)
Post Office Box 159
Camden, SC 29020
561-603-6387
ladbrady@gmail.com

WE SO STIPULATE:

DEFENDANT(S)

*s/ Stephanie G. Brown*
Morgan S. Templeton (Fed ID # 7187)
Stephanie G. Brown (Fed ID # 12343)
Post Office Box 1200
Charleston, SC 29402
843-329-9500
Morgan.Templeton@WallTempleton.com
Stephanie.Brown@WallTempleton.com